1    DANIEL G. BOGDEN
     United States Attorney
2    Nevada Bar No. 2137
     CARLOS A. GONZALEZ
3    Assistant United States Attorney
     333 Las Vegas Blvd. So., #5000
4    Las Vegas, NV 89101
     Tel: (702) 388-6336
5    Fax: (702) 388-6787
     carlos.gonzalez2@usdoj.gov
6    Attorneys for Defendant

7

                    UNITED STATES DISTRICT COURT
8                        DISTRICT OF NEVADA

9    ELLIOTT BUSHHEAD,              )
                                    )    CIVIL NO. 2:12-cv-00921-JCM-VCF
10         Plaintiff,               )
                                    )
11         v.                       )    UNOPPOSED MOTION FOR
                                    )    TELEPHONIC APPEARANCE OF
                                    )    AGENCY COUNSEL FOR
12   CAROLYN W. COLVIN, Acting      )    HEARING ON MARCH 14, 2013
     Commissioner of Social Security,[1] )
13                                  )
           Defendant.               )
14   _____)

15         COMES NOW Defendant by and through Daniel G. Bogden, United States Attorney for

16   the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and

17   respectfully request the Court to allow Ms. Elizabeth Barry, Assistant Regional Counsel, Office

18   of the Regional Chief Counsel, Region IX, Social Security Administration in San Francisco,

19   California to participate telephonically in the Court's scheduled hearing of Thursday, March 14,

20   2013.

21   ...

22

23   _____

24         [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February
     14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin
25   should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to
     be taken to continue this suit by reason of the last sentence of section 205(g) of the Social
26   Security Act, 42 U.S.C. § 405(g).

The instant request is made to provide the Court with meaningful information regarding the administrative proceedings to take place after the case is remanded in the event such information is requested by the Court.

Counsel for Plaintiff has indicted that she does not oppose the instant motion.

Respectfully submitted,

Dated: March 12, 2013

DANIEL G. BOGDEN
United States Attorney

*/s/ Carlos A. Gonzalez*
CARLOS A. GONZALEZ
Assistant United States Attorney
Attorneys for Defendant

OF COUNSEL:
GRACE M. KIM, IL SBN 6203390
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY
Assistant Regional Counsel
Social Security Administration

IT IS HEREBYORDERED that Ms. Elizabeth Barry may appear telephonically.  The Court's conference line number is 702-868-4911. The passcode is 123456.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED:  3-12-2013